# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2416

_____

Paul Reyes,                                          *
                                                     *
        Appellant,                           *
                                                     *   Appeal from the United States
    v.                                     *   District Court for the
                                                     *   District of Minnesota.
Sergeant Galland; M. Rustand; John                   *
Does, 1 - 2,                                         *   [UNPUBLISHED]
                                                     *
        Appellees.                           *

_____

Submitted:  December 14, 2001
Filed:  December 27, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Inmate Paul Reyes appeals the district court's[1] dismissal of his lawsuit against corrections employees for lack of subject matter jurisdiction. He also appeals the denial of his motion for reconsideration. Upon de novo review, we affirm for the reasons explained by the district court. We also find no abuse of discretion in the district court's denial of the motion for reconsideration. Accordingly, we affirm the judgment of the district court and the order denying reconsideration. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.